In the Matter of the Claim of Joseph Marra, Respondent, against Suspension Bridge Bottling Company and Another, Appellants. State Industrial Board, Respondent.— By consent, claim is remitted to the State Industrial Board to

App. Div.]               Third Department, September, 1927.

pass upon the terms of a compromise and settlement agreed upon between the parties. Present — Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of NICHOLAS TASCH, Respondent, against J. C. HOFFMAN, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of FRED NUNN, Respondent, against MOODY BROS. & McLEAN and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of THOMAS MALLON, Respondent, against CHURCH E. GATES & COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ.